United States District Court of New Jersey

RECEIVED
10-3-07

Civil Action: Det. Angel Pastrana

07-4864
(WJM)

Jacob Burno
Plaintiff

vs.

Det. Angel Pastrana
Defendant

Jacob Burno ℅ Hudson County Correctional Center #173942, C-5-E
35 Hackensack Ave.
Kearny, N.J. 07032

Det. Angel Pastrana
Hudson County Prosecutor Office, Homicide Squad
555 Duncan Ave.
Jersey City, N.J. 07306

Civil Issue

Violation of my Civil Rights

To bring forth justice

Jacob Burno